```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 05 B 29758
    RENITA D WILLIAMS
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
        Debtor
    SSN XXX-XX-6914

--------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 07/28/2005 and was confirmed 10/13/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

     The case was paid in full 12/21/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                            PAID           PAID
--------------------------------------------------------------------------
AMERICAN INTERWEB MARKET  UNSECURED         NOT FILED          .00            .00
AMERICAS FINANCIAL CHOIC  UNSECURED            538.39          .00         538.39
AMERILOAN                 UNSECURED         NOT FILED          .00            .00
FAST CASH                 UNSECURED         NOT FILED          .00            .00
CASH TODAY                NOTICE ONLY       NOT FILED          .00            .00
AT & T WIRELESS           UNSECURED         NOT FILED          .00            .00
COMMONWEALTH EDISON       UNSECURED         NOT FILED          .00            .00
ONE CLICK CASH            UNSECURED         NOT FILED          .00            .00
PDL FINANCIAL SERVICES    UNSECURED            412.60          .00         412.60
SJRMC                     UNSECURED         NOT FILED          .00            .00
ZIP CASH                  UNSECURED         NOT FILED          .00            .00
INTERNAL REVENUE SERVICE  UNSECURED            444.81          .00         444.81
ER SOLUTIONS INC          NOTICE ONLY       NOT FILED          .00            .00
ZALUTSKY & PINSKI LTD     REIMBURSEMENT        194.00          .00         194.00
ZALUTSKY & PINSKI LTD     DEBTOR ATTY        2,450.00                    2,450.00
TOM VAUGHN                TRUSTEE                                          244.86
DEBTOR REFUND             REFUND                                           115.34

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                  4,400.00

PRIORITY                                         194.00
SECURED                                              .00
UNSECURED                                       1,395.80
ADMINISTRATIVE                                  2,450.00
TRUSTEE COMPENSATION                              244.86
DEBTOR REFUND                                     115.34
                        --------------        --------------
TOTALS                      4,400.00            4,400.00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 05 B 29758 RENITA D WILLIAMS
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/27/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 05 B 29758 RENITA D WILLIAMS